# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 7, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148347(43)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                             SC:  148347
                             COA:  308999

RANDALL SCOTT OVERTON,
     Defendant-Appellant.
                             Wayne CC:  11-002103-FC

_____/

On order of the Chief Justice, the motion of amicus curiae Prosecuting Attorneys Association of Michigan to extend the time for filing its amicus curiae brief is GRANTED. The brief submitted on September 26, 2014, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

       October 7, 2014



                            Clerk